# United States District Court

_____ DISTRICT OF _____

David Koske

V.

Texon USA, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30181-KPN

TO: (Name and address of defendant)

Texon USA, Inc.
400 Research Drive
Wilmington, MA 01887

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine Lamondia-Wrinkle, Esq.
Law Offices of Thomas M. Libbos
175 State Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_
(BY) DEPUTY CLERK

DATE: September 14, 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE:

NAME OF SERVER (PRINT):

TITLE:

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

John Cotter

*Deputy Sheriff*

0440253053