UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DAVID KOSKE, | ) | |
|       Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action No. 04-30181-KPN |
| | ) | |
| TEXON, U.S.A., | ) | |
|       Defendant | ) | |

ORDER
January 25, 2005

    Plaintiff filed a complaint in the U.S. District Court on September 14, 2004. A return of service was filed on October 25, 2004, with a responsive pleading due by November 9, 2004. As of this date, no answer has been filed.

    Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on February 15, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge

                        By:   /s/ Bethaney A. Healy
                                    Bethaney A. Healy
                                    Deputy Clerk