UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

DAVID KOSKE, )
    Plaintiff, )
     )
v. )
     )
TEXON USA, INC., )
    Defendant. )

### CERTIFICATE OF STATUS OF ACTION

In response to the *Order* of the Court dated January 25, 2005, plaintiff states that the Complaint was served upon the defendant on October 20, 2004. Defendant has failed to file an Answer or request an extension of time in which to plead. Therefore, plaintiff is filing a Request for Default with the court, simultaneously with this Certificate.

Plaintiff wishes the court retain the case on the docket for further proceedings.

Date:  1/27/05

Katherine Lamondia-Wrinkle, Esq.
Law Offices of Thomas M. Libbos
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000