UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

DAVID KOSKE, )
    Plaintiff, )
)
v. )
)
TEXON USA, INC., )
    Defendant. )

## REQUEST FOR DEFAULT (RULE 55(a))

    I, Katherine Lamondia-Wrinkle, attorney for the above-named plaintiff, states that the complaint in this action was filed on September 14, 2004, and the summons and a copy of the complaint were served on defendant, Texon USA, Inc., on October 20, 2004, as it appears from the return of service; and that the defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by rule.

    Therefore, I request that default be entered against defendant, Texon USA, Inc.

    Signed under the penalties of perjury.

Date: 1/27/05

Katherine Lamondia-Wrinkle, Esq.
Law Offices of Thomas M. Libbos
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000