# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID KOSKE,                                         CIVIL ACTION
                    **Plaintiff**
                                          NO. 3:04-CV-30181-KPN
        **V.**

TEXON USA, INC.
                    **Defendants**

## NOTICE OF DEFAULT

**Upon application of the Plaintiff, David Koske,        for an order of Default for failure**

**of the Defendant, Texon USA, Inc.  , to plead or otherwise defend as provided by**

**Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the**

**Defendant has been defaulted this   28   day of   January   , 2005 .**

                                **Tony Anastas, Clerk**

                        **By:**    /s/ *Maurice G Lindsay*
                                **Maurice G. Lindsay, Deputy Clerk**

**Notice mailed to:**

❏        **Plaintiff's Counsel Katherine Lamondia-Wrinkle, Esq.**
❏        **Defendant Texon USA, Inc.**