UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

| | |
|---|---|
| DAVID KOSKE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) **PLAINTIFF'S MOTION FOR**<br>) **DEFAULT JUDGMENT AND**<br>) **ASSESSMENT OF DAMAGES** |
| TEXON USA, INC.,<br>    Defendant. | )<br>) |

Now comes the plaintiff, David Koske, in the above-entitled action and states that the defendant, Texon USA, Inc., was defaulted on the 28th day of January 2005. Pursuant to Fed.R.Civ.P.55(b)(2), the plaintiff moves for entry of a default judgment and assessment of damages against the defendant, Texon USA, Inc.

Plaintiff further relies on his memorandum filed herewith.

Dated: 9/8/05

_____
Katherine Lamondia-Wrinkle, Esq.
Attorney for the Plaintiff
Law Offices of Thomas M. Libbos
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000 – Telephone
(413) 731-1985 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the foregoing document was served upon the defendant by mail at its principal business at 400 Research Drive, Wilmington, Massachusetts.

Dated: 9/8/05

_____
Katherine Lamondia-Wrinkle