UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

DAVID KOSKE, )
    Plaintiff, )
     )
v. )
     )
TEXON USA, INC., )
    Defendant. )

## REQUEST FOR HEARING ON MOTION
## FOR JUDGMENT AND ASSESSMENT OF DAMAGES

Now comes the plaintiff, David Koske, in the above-entitled action and requests the Court

schedule the matter for hearing on his Motion for Default Judgment and Assessment of Damages.

As grounds therefore, plaintiff states the damages are not for a "sum certain," therefore, a

hearing is necessary pursuant to Fed.R.Civ.P. 55(b)(2).

Dated:  9/8/05

                    Katherine Lamondia-Wrinkle, Esq.
                    Attorney for the Plaintiff
                    Law Offices of Thomas M. Libbos
                    175 State Street, 5th Floor
                    Springfield, MA 01103
                    (413) 731-5000 – Telephone
                    (413) 731-1985 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing document was served upon
the defendant by mail at its principal business at 400 Research Drive, Wilmington, Massachusetts.

Dated:  9/8/05

                    Katherine Lamondia-Wrinkle