UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

DAVID KOSKE,
    Plaintiff,

v.

TEXON USA, INC.,
    Defendant.

## CERTIFICATE OF STATUS OF ACTION

In response to the ***Order*** of the Court dated August 19, 2005, plaintiff states that the Complaint was served upon the defendant on October 20, 2004. Defendant failed to file an Answer and was defaulted on January 28, 2005. Therefore, plaintiff is filing a Motion for Default Judgment and Assessment of Damages and Request for Hearing on the Motion with the court, simultaneously with this Certificate.

Plaintiff wishes the court retain the case on the docket for further proceedings.

Date: 9/9/05

Katherine Lamondia-Wrinkle, Esq.
Law Offices of Thomas M. Libbos
175 State Street, 5th Floor
Springfield, MA 01103
(413) 731-5000 (Telephone)
(413) 731-1985 (Facsimile)