UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30181-KPN

DAVID KOSKE, )
    Plaintiff, )
 )
v. )
 )
TEXON USA, INC., )
    Defendant. )

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, a true copy of the <u>Plaintiff's Motion for Default Judgment and Assessment of Damages, Plaintiff's Memorandum in Support of Entry of Judgment and Assessment of Damages and Request for Hearing on Motion for Judgment</u> was served upon Texon USA, Inc, 400 Research Drive, Wilmington, MA, via first class mail and that on September 26, 2005, a true copy of the afore mentioned documents was served upon CT Corporation System, 101 Federal Street, Boston, MA, via certified mail.

Dated: 9/26/05

                                                  Katherine Lamondia-Wrinkle