# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

DAVID KOSKE,

    Plaintiff(s)

        v.                CIVIL ACTION NO. 3:04 -30181 -MAP

TEXON USA, INC.,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff David Koske, against the defendant Texon USA, Inc, pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for entry of default judgment in the amount of $15,300.00.

                                        **SARAH A. THORNTON**,
                                        CLERK OF COURT

Dated: November 30, 2005         By /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                              [jgm.]